UNITED STATES of America, Plaintiff-Appellee,

v.

Doyle Ray MORGAN, Defendant-Appellant.

No. 16-7201

United States Court of Appeals, Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

Doyle Ray Morgan, Appellant Pro Se. Jill Westmoreland Rose, United States Attorney, Charlotte, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doyle Ray Morgan seeks to appeal his 2003 conviction and sentence for conspiracy to possess with intent to distribute cocaine and methamphetamine. In our consideration of Morgan's earlier appeal of the judgment, we affirmed. United States v. Morgan, 81 Fed.Appx. 786 (4th Cir. 2003)). Because the instant appeal is duplicative and, in any event, is grossly untimely, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED